**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 24-79-GF-BMM** |
| **Plaintiff,** | **PRELIMINARY ORDER OF FORFEITURE** |
| **vs.** | |
| **ERYN CALLIE FERGUSON,** | |
| **Defendant.** | |

THIS MATTER comes before the Court on the United State' Motion for Preliminary Order of Forfeiture.  The Court having read the Motion and being fully advised in the premises finds:

THAT the defendant, Eryn Callie Ferguson, pled guilty to Count 4 of the Indictment, which provides a factual basis and cause to issue a forfeiture order forfeiting the cellular telephone described in the Indictment under 21 U.S.C. §§ 853(a) and 881(a)(11).

THAT prior to the disposition of the asset, the United States Marshal's Service, the Federal Bureau of Investigation, or a designated sub-custodian, is required to seize the forfeited property.

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

THAT Ferguson's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 853:

- $1,383 in US Currency, seized on or about March 19, 2024;

- A cellular phone assigned call number 206-887-4106;

- $3,469 in US Currency, seized on or about October 2, 2024; and

- Black Apple smart phone in a white Speck case;

THAT the United States Marshal's Service, the Federal Bureau of Investigation, or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to Title 26, United States Code, Section 5872(b), and to make its return to this Court that such action has been completed;

///

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 13th day of March, 2025.

Brian Morris, Chief District Judge
United States District Courts